**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000452
16-DEC-2024
08:13 AM
Dkt. 224 ODMR**

NO. CAAP-20-0000452


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING
AND SERVICING AGREEMENT DATED JUNE 1, 2006, Plaintiff-Appellee,
v. MICHAEL C. GREENSPON, Defendant-Appellant,
and DOES 1 through 10, inclusive, Defendants.


MICHAEL C. GREENSPON, Counterclaim and Third-Party
Plaintiff-Appellee, v. DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8,
MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H
UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006,
Counterclaim Defendant-Appellee, and OCWEN LOAN SERVICING LLC;
DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Third-Party Defendants-Appellees.


MICHAEL C. GREENSPON, Plaintiff-Appellant, v.
ONEWEST BANK, N.A.; DEUTSCHE BANK NATIONAL TRUST COMPANY;
DAVID B. ROSEN, ESQ.; THE LAW OFFICE OF DAVID B. ROSEN, ALC,
Defendants-Appellees, and DOES 10-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NOS. 2CC141000395(2) AND 2CC141000560(2))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of self-represented Plaintiff/Defendant/Counterclaimant/Third-Party Plaintiff-Appellant Michael C. Greenspon's (**Greenspon**) December 9, 2024 Motion for Reconsideration, the papers in support, and the record, it appears Greenspon has not shown a point of law or fact that this court overlooked or misapprehended in the November 27, 2024 Summary Disposition Order. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 16, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge